UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| JOHN E. MILTON, III | NO.: 3:96-cr-00017-BAJ |

## ORDER

Considering Defendant's **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. 549)**:

**IT IS ORDERED** that Defendants' Motion (Doc. 549) is **DENIED** because the issues Defendant intends to raise are plainly frivolous—as explained by this Court in multiple preceding Orders, (*e.g.*, Doc. 540)—and therefore Defendant's appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3); *cf. Harris v. U.S. Dep't of Justice*, 680 F.2d 1109, 1111 (5th Cir. 1982) (indicating that a District Court properly denies a motion to proceed *in forma pauperis* where the issues raised by the defendant are "plainly frivolous").

**IT IS FURTHER ORDERED** that Defendant's **MOTION TO REQUEST STATUS OF MOTION TO PROCEED IN FORMA PAUPERIS (Doc. 551)** is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 17th day of February, 2014.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA